John C. Cooper, as surviving partner of the late firm of C. P. & J. C. Cooper, Plaintiff in Error, vs. A. S. Kinsman, Atlantic and Gulf Coast Canal and Okeechobee Land Company, a corporation under the laws of the State of Florida, and First National Bank of Orlando, a corporation under the laws of the United States, Defendants in Error.

Writ of error to Circuit Court, Osceola county; John D. Broome, Judge.

J. C. Cooper, *in pro. per.*

E. K. Foster, for Defendants in Error.

This action was brought by the plaintiff in error

against the defendants in error. There was judgment for the defendants, and the plaintiff takes writ of error. The judgment is affirmed.

Decision Per Curiam.